1418

**2016–1559.  State v. Watkins.**
Lucas App. No. L–15–1213, 2016-Ohio-5756.
  O'DONNELL and O'NEILL, JJ., dissent.

**2016–1561.  Leibowitz v. State Farm Ins. Co.**
Summit App. No. 27863, 2016-Ohio-5690.
  O'NEILL, J., dissents.

**2016–1564.  Nick v. Cooper.**
Franklin App. No. 15AP–1109, 2016-Ohio-5678.
  O'DONNELL, J., dissents.

**2016–1565.  State v. Hopper.**
Licking App. Nos. 15–CA–92, 15–CA–93, 15–CA–94, 15–CA–95, and 15–CA–96, 2016-Ohio-5760.

**2016–1567.  Thyroff v. Nationwide Mut. Ins. Co.**
Franklin App. No. 15AP–1043, 2016-Ohio-5715.

**2016–1570.  State v. Bolton.**
Cuyahoga App. No. 103628, 2016-Ohio-5706.
  FRENCH, J., dissents.

**2016–1573.  State v. Sylvester.**
Cuyahoga App. No. 103841, 2016-Ohio-5710.

**2016–1577.  State v. Cockrell.**
Hamilton App. No. C–150497, 2016-Ohio-5797.
  O'CONNOR, C.J., and O'NEILL, J., dissent and would accept the cause on proposition of law No. III and hold the cause for the decision in 2015–0677, *State v. Aalim.*
  DeWINE, J., not participating.

**2016–1578.  State v. Chappell.**
Hamilton App. No. C–150504.
  O'CONNOR, C.J., dissents and would accept the cause on proposition of law Nos. II and III and hold the cause on proposition of law No. III for the decision in 2015–0677, *State v. Aalim.*
  O'NEILL, J., dissents and would accept the cause and hold it for the decision in 2015–0677, *State v. Aalim.*
  DeWINE, J., not participating.

**2016–1585.  State v. Bangera.**
Geauga App. No. 2015–G–0021, 2016-Ohio-4596.

**2016–1586.  Goodrich Corp. v. PolyOne Corp.**
Summit App. No. 27691, 2016-Ohio-1068.
  FRENCH, J., dissents and would accept the appeal and cross-appeal.

**2016–1590.  State v. Speed.**
Cuyahoga App. No. 103953. Motion to dismiss denied as moot.
  O'DONNELL, J., dissents.
  FRENCH, J., dissents and would grant the motion to dismiss.

**2016–1594.  State v. Gray.**
Montgomery App. No. 26473, 2016-Ohio-5869.
  O'NEILL, J., dissents.

**2016–1601.  In re D.L.**
Cuyahoga App. No. 103553, 2016-Ohio-5834.

**2016–1603.  Vetor v. Cliffs Natural Resources, Inc.**
Cuyahoga App. No. 104023, 2016-Ohio-5846.